PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  CASE NO: 22-42622-ELM-13

JAMES MICHAEL LAJAUNIE
    1037 CR 909
    JOSHUA, TX 76058
    SSN/TIN: XXX-XX-0840

**DEBTOR**  HEARING: FEBRUARY 2, 2023 AT 8:30 AM

### NOTICE OF HEARING ON CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN OBJECTION IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 21 DAYS FROM THE DATE OF SERVICE OF THIS NOTICE. IF AN OBJECTION IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY. IF NO OBJECTION IS TIMELY FILED, THE PLAN SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER CONFIRMING IT.

    If an objection is timely filed and not resolved by the hearing date, this matter will be called at the docket call on the time and date above in ROOM 204 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102-3643 with a hearing following docket call.

Respectfully submitted,

By:   /s/ Ethan S. Cartwright
       Ethan S. Cartwright, Staff Attorney
       Bar No. 24068273
       PAM BASSEL STANDING CHAPTER 13 TRUSTEE
       Bar No. 01344800
       860 Airport Freeway, Ste 150
       Hurst, TX 76054
       (817) 916-4710 Phone

### CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing was served on the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By:   /s/ Ethan S. Cartwright
       Ethan S. Cartwright

CREDITORS:

Acima Digital, 13907 S Minuteman Drive, Draper, UT 84020

Affirm Inc, 650 California St Floor 12, San Francisco, CA 94108

AIS PORTFOLIO SERVICES LP, ATTN: ALLY BANK DEPT, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK 73118-0000

Attorney General of Texas, Bankruptcy Section, 400 South Zang, Ste 1100, Dallas, TX 75208-0000

ATTORNEY GENERAL OF TEXAS, PO BOX 12017, AUSTIN, TX 78711

ATTORNEY GENERAL OF TEXAS, COLLECTIONS DIV/BANKRUPTCY SEC, PO BOX 12548, AUSTIN, TX 78711

Blue Owl Real Estate LLC, PO Box 3012, Burleson, TX 76097

Connexus Cu, Attn: Bankruptcy, PO Box 8026, Wausau, WI 54402-0000

COVINGTON CREDIT, PO BOX 1947, GREENVILLE, SC 29602-0000

Credit One Bank, PO Box 98875, Las Vegas, NV 89193

FIG Loans Texas LLC, 245 Texas Dr 300, Sugar Land, TX 77479-0000

First Premeir Bank, 3820 N louise Ave, Sioux Falls, SD 57107

Gerald Auto Sales, 4416 South Frwy, Fort Worth, TX 76115

GERALD AUTO SALES, 208 NW 28TH ST, FT WORTH, TX 76106-0000

IC SYSTEMS, PO BOX 64444, ST PAUL, MN 55164-0000

INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101

INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA 19101

JAMESON & DUNAGAN PC, 5429 LBJ FRWY STE 700, DALLAS, TX 75240-0000

JUSTICE OF THE PEACE 2, 247 ELK DR, BURLESON, TX 76028-0000

LINEBARGER GOGGAN BLAIR AND SAMPSON, 2777 N STEMMONS FWY STE 1000, DALLAS, TX 75207-0000

LVNV Funding LLC, PO Box 1269, Greenville, SC 29602

LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603

Meritrust Federal Credit Union, 8710 E 32nd St N, Wichita, KS 67226

MIKE CARLSON MOTOR COMPANY, 5928 E BELKNAP ST, HALTOM, TX 76117-0000

PERDUE BRACKETT FLORES UTT & BURNS, JV, C/O PBFC&M, LLP, 500 E BORDER ST STE 640, ARLINGTON, TX 76010-0000

Pink Dogwood 13 LLC, PO BOX 1931, Burlingame, CA 94011

T MOBILE, C O AMERICAN INFOSOURCE LP, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118

T Mobile T Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124

T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124

TARRANT COUNTY TAX COLLECTOR, DELINQUENT TAX DEPARTMENT, 2777 N STEMMONS FREEWAY STE 1000, DALLAS, TX 75207-000

TEXAS ALCOHOLIC BEVERAGE COMM, LICENSES AND PERMITS DIVISION, PO BOX 13127, AUSTIN, TX 78711

TEXAS COMPTROLLER PUBLIC ACCTS, REVENUE ACCOUNTING DIV/BANKRUP, PO BOX 13528, AUSTIN, TX 78711

TEXAS WORKFORCE COMMISSION, TAX DEPT COLLECTION FKA TEC, 101 E 15TH ST, RM 556-A, AUSTIN, TX 78778-0000

UNITED STATES ATTORNEY, 1100 COMMERCE ST 3RD FLOOR, DALLAS, TX 75242

US DEPARTMENT OF JUSTICE, 10TH & CONSTITUTION NW, WASHINGTON, DC 20530-0000

Verizon Wireless, PO Box 650051, Dallas, TX 75265

World Finance Corporation, Po Box 6429, Greenville, SC 29606

***Address on record invalid for recipient -- no document mailed to this party.