Clayton L. Everett, Texas State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border St. | Arlington, TX 76010
o 817.704.3984 | f 817.524.6686 | clayton@norredlaw.com
Attorneys for Blue Owl Real Estate, LLC

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| **In re James Michael LaJaunie,** | **Case No. 22-42622-elm13** |
| 1037 CR 909 | |
| Joshua, TX 76058 | **Chapter 13** |
| SSN(s): xxx-xx-0840 | |
| **Debtor(s)** | **Judge Edward L. Morris** |

## NOTICE OF HEARING ON BLUE OWL REAL ESTATE, LLC'S MOTION FOR RELIEF FROM STAY AND CODEBTOR STAY CONCERNING RENTAL PROPERTY LOCATED AT 1037 COUNTY ROAD 909, JOSHUA, TEXAS

PLEASE TAKE NOTICE that a hearing on Blue Owl Real Estate, LLC's *Motion for Relief from Stay and Codebtor Stay Concerning Rental Property Located at 1037 County Road 909, Joshua, Texas* (Doc. 24) will be held on **Wednesday, January 11, 2023, at 9:30 a.m.** before the Honorable Edward L. Morris, Room 204, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102 **via Webex information below:**

**For WebEx Video Participation/Attendance**:

Link: https://us-courts.webex.com/meet/morris

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207

Meeting ID: 473 581 124

Respectfully submitted:


By: */s/ Clayton L. Everett*
    Clayton L. Everett

Texas State Bar No. 24065212
NORRED LAW, PLLC
515 E. Border St. | Arlington, TX 76010
o 817.704.3984 | f 817.524.6686
clayton@norredlaw.com
Attorneys for Blue Owl Real Estate, LLC


## <u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on December 20, 2022, a true and correct copy of the notice of hearing has been served via electronic means, if available, otherwise by the service indicated below, to:

*The Debtor via US Mail*: James Michael LaJaunie, 1037 CR 909, Joshua, Texas 76058

*Counsel for Debtor via CM/ECF*: Lee Law Firm, PLLC, 8701 Bedford Euless Road, Suite 510, Hurst, TX 76053

*The Codebtor via US Mail*: Brittany Lauren LaJaunie, 1037 CR 909, Joshua, Texas 76058

*Chapter 13 Trustee via CM/ECF*: Pam Bassel, 860 Airport Freeway, Suite 150, Hurst, TX 76054

*US Trustee via CM/ECF*: United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75202


    */s/ Clayton L. Everett*