Christopher M. Lee
State Bar No. 24041319
Eric A. Maskell
State Bar No. 24041409
LEE LAW FIRM, PLLC
8701 Bedford Euless Rd, Ste. 510
Hurst, TX 76053
469.646.8995 Phone
469.694.1059 Fax
ATTORNEY FOR DEBTOR

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**IN RE:**

| | | |
|---|---|---|
| **JAMES MICHAEL LAJAUNIE** § | CASE NO. 22-42622-ELM | |
| Debtor § | CHAPTER 13 | |
| | | |
| **BLUE OWL REAL ESTATE, LLC** § | | |
| Movant § | | |
| § | | |
| VS. § | Hearing Date: | January 11, 2023 |
| § | Hearing Time: | 9:30 AM |
| **JAMES MICHAEL LAJAUNIE** § | | |
| Debtor § | | |

**DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY
CONCERNING RENTAL PROPERTY LOCATED AT
1037 COUNTY ROAD 909, JOSHUA, TEXAS**

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW James Michael LaJaunie, Debtor in the above-styled and numbered cause, and in response to the Motion for Relief from Stay filed by Blue Owl Real Estate, LLC (Movant") in regard to the collateral referenced in Movant's motion.

Debtor respectfully shows:

1. The allegations of **Movant** in paragraph one of the motion are admitted.

2. The allegations of **Movant** in paragraph two of the motion are admitted.

3. The allegations of **Movant** in paragraph three of the motion are admitted as to the supporting documentation provided in the motion.

4. The allegations of **Movant** in paragraph four of the motion are admitted as to the supporting documentation provided in the motion.

5. The allegations of **Movant** in paragraph five of the motion are neither admitted nor denied.

6. The allegations of **Movant** in paragraph six of the motion are neither admitted nor denied.

7. The allegations of **Movant** in paragraph seven of the motion are neither admitted nor denied.

8. The allegations of **Movant** in paragraph eight of the motion are admitted as to the documentation provided in the motion.

9. The allegations of **Movant** in paragraph nine of the motion are neither admitted nor denied.

10. The allegations of **Movant** in paragraph ten of the motion are admitted as to the documentation filed with the court.

11. The allegations of **Movant** in paragraph eleven of the motion are denied.

12. The allegations of **Movant** in paragraph twelve of the motion are denied.

13. The allegations of **Movant** in paragraph thirteen of the motion are denied.

14. The allegations of **Movant** in paragraph fourteen of the motion are denied.

15. The allegations of **Movant** in paragraph fifteen of the motion are denied.

16. The allegations of **Movant** in paragraph sixteen of the motion are denied.

17. The allegations of **Movant** in paragraph seventeen of the motion are denied.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully prays that Movant's Motion For Relief From Automatic Stay be denied and for such other and further relief as the Court may deem just and appropriate.

Dated: December 22, 2022

Respectfully Submitted,

LEE LAW FIRM, PLLC

By: /s/ Christopher M. Lee
Christopher M. Lee
State Bar No. 24041319
Eric A. Maskell
State Bar No. 24041409
LEE LAW FIRM, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469.646.8995 Phone
469.694.1059 Fax
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on December 22, 2022, a true and correct copy of the foregoing Response to Motion For Relief From Stay was served on the following parties in interest by first class mail or electronic notice:

CHAPTER 13 TRUSTEE
Pam Bassel
860 Airport Freeway, Ste 150
Hurst, TX 76054

U.S. TRUSTEE
United States Trustee
1100 Commerce, Room 976
Dallas, TX 75242

DEBTORS
James LaJaunie
1037 CR 909
Joshua, TX 76058

OPPOSING COUNSEL
Norred Law PLLC
515 E. Border Street
Arlington, TX 76010

                By: /s/ Christopher M. Lee
                Christopher M. Lee
                State Bar No. 24041319